**Order entered August 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01364-CV

## MUAMAR ANANI, HANADI ANANI, BIG D CONCRETE, INC., AND ANANI, LLC, Appellants

### V.

### JOSEPH ABUZAID, Appellee

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-09866-D**

## ORDER
Before Justices Lang, Fillmore, and Schenck

This Court issued its opinion and judgment in this case on June 7, 2018. On June 29, 2018 appellants Muamar Anani, Hanadi Anani, Big D Concrete, Inc., and Anani, LLC filed a Motion for Rehearing. On July 18, 2018, we ordered appellee to file a response to appellants' motion by July 30, 2018. On July 24, 2018, appellee Joseph Abuzaid filed his Notice of Bankruptcy Case Filing, in which appellee informed this Court that he filed a bankruptcy case under Chapter 13 of the United States Bankruptcy Code.

We **ABATE** this cause. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. TEX. R. APP. P. 8.3.

We **ORDER** appellee Joseph Abuzaid to file any response to appellants' Motion for Rehearing within **15 days** after the automatic stay is lifted by the bankruptcy court.


/s/     DAVID J. SCHENCK
            JUSTICE